# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROY F., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-1198-JES-JEH |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is now before the Court on the Report and Recommendation of Magistrate Judge Jonathan Hawley. (Doc. 17). On January 9, 2023, Judge Hawley recommended that Plaintiff's Motion for Summary Judgment (Doc. 12) be granted, Defendant's Motion for Summary Judgment (Doc. 15) be denied, and this matter be remanded. The Parties were advised that any objection to the report had to be filed within 14 days. More than 14 days have elapsed, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the Parties have failed to raise timely objections, any such objections have been waived. *Id*.

The relevant procedural history has been sufficiently outlined in the comprehensive Report and Recommendation of the Magistrate Judge. In 2021, an administrative law judge ultimately concluded there were jobs in significant numbers in the national economy that Roy could perform; therefore, he had not been under a disability from April 15, 2013, through March 9, 2021. Upon review, Judge Hawley found the ALJ based his decision on a serious factual error

regarding a medical expert's testimony and failed to sufficiently consider the evidence as a whole in assessing the RFC, which warrant remand. The Court concurs with the Magistrate Judge's detailed discussion and recommendation, and now adopts the Report and Recommendation in its entirety.

## CONCLUSION

For the reasons set forth above, the Court adopts the Report and Recommendation (Doc. 17) of the Magistrate Judge in its entirety. Plaintiff's Motion (Doc. 12) for Summary Judgment is GRANTED, and Defendant's Motion (Doc. 15) for Summary Judgment is DENIED. This case is remanded to the Commissioner of Social Security for further proceedings consistent with this Opinion Pursuant to 42 U.S.C. §405(g), Sentence Four.

Signed on this 24th day of January, 2023.

s/James E. Shadid  
James E. Shadid  
United States District Judge